UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MAO-SHENG LIN,

                         Petitioner,                    26 **CIVIL** 1759 (GHW)

         -against-                                      **JUDGMENT**

THE OFFICE OF THE ATTORNEY GENERAL
OF THE UNITED STATES, et al.,

                         Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 10, 2026, Mr. Lin's detention remains lawful under 8 U.S.C. § 1231(a)(6) for the reasons stated in the Court's earlier opinion.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Mr. Lin has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253; accordingly, the case is closed.

**DATED:**  New York, New York
         March 11, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                               **Clerk of Court**

                         **BY:**
                                        _____
                                               **Deputy Clerk**